UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lester D. Scaife, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-1284 |
| | ) | |
| Ralph Lauren, | ) | Hon. Martha M. Pacold |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of August 6, 2020 (Docket No. 55), the undersigned jointly report to the Court as follows:

1. On September 1, 2020, Dorothy Brown, Clerk of the Circuit Court of Cook County, issued Letters of Office officially vesting Jerry Scaife (surviving brother of Plaintiff, Lester Scaife) with authority as independent Administrator of the Estate of Lester D. Scaife. In the Circuit Court proceedings, Jerry Scaife is represented by counsel from Jenner & Block LLP.

2. In light of this development, counsel at Jenner & Block LLP intend to file a motion in this Court asking that (a) Jerry Scaife, as the Administrator of the Estate of Lester Scaife, be substituted as the Party Plaintiff in this case, and (b) counsel at Jenner & Block LLP be appointed to represent Jerry Scaife in his capacity as Administrator.

3. The undersigned also represent to the Court that they have commenced discussions to see if this case can be settled at this time without the need for additional litigation.

4. In order to facilitate ongoing settlement discussions, the undersigned respectfully request that this Court extend the deadline for the parties to file a joint status report with the Court

until December 9, 2020, and that the Court defer any other filings, including the motion referenced in paragraph (2), above, and defendant's responsive pleading.

Dated:  November 9, 2020

Respectfully submitted,

*/s/ Jeffrey D. Colman*
As an officer of the Court
Jeffrey D. Colman
jcolman@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312-923-2940


*/s/ John T. Roache*
John T. Roache
AKERMAN LLP
71 South Wacker Drive
Chicago, Illinois  60606
(312) 634-5700
john.roache@akerman.com