UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lester D. Scaife, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-1284 |
| | ) | |
| Ralph Lauren, | ) | Hon. Martha M. Pacold |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of December 7, 2020 (Docket No. 66), the undersigned jointly report to the Court as follows:

1. On December 4, 2020, Jerry Scaife, in his capacity as Administrator of the Estate of Lester D. Scaife, filed an unopposed motion requesting this Court substitute Jerry Scaife, as Administrator, as plaintiff in this case, and stay the litigation for forty-five (45) days to permit settlement discussions. On December 7, 2020, the Court granted this motion and reset the status report filing date set for December 9, 2020 to January 25, 2021.

2. The parties have made substantial progress in resolving the lawsuit, and have reached a settlement in principle. In order to document and finalize that settlement, the undersigned respectfully request that this Court extend the deadline for the parties to file a joint status report with the Court until February 8, 2021.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:  January 25, 2021 | Respectfully submitted, |
| | |
| | */s/ Shaun M. Van Horn* |
| | Shaun M. Van Horn |
| | SVanHorn@jenner.com |
| | JENNER & BLOCK LLP |
| | 353 N. Clark Street |
| | Chicago, IL 60654 |
| | Telephone: 312-840-8896 |
| | |
| | */s/ Rubén Castillo* |
| | Rubén Castillo |
| | ruben.castillo@akerman.com |
| | AKERMAN LLP |
| | 71 South Wacker Drive |
| | 47th Floor |
| | Chicago, IL 60606 |
| | Telephone: 312-870-8002 |