**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Lester D. Scaife, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-1284 |
| | ) | |
| Ralph Lauren, | ) | Hon. Martha M. Pacold |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of January 28, 2021 (Dkt. No. 64), the undersigned jointly report to the Court as follows:

1. On January 25, 2021, the parties filed a joint status report (Dkt. No. 63), stating that the parties had reached a settlement in principle. The parties requested until February 8, 2021 to document and finalize that settlement. On January 28, 2021, the Court directed the parties to file an updated status report by February 8, 2021, unless a stipulation of dismissal was filed before that date.

2. The parties have made substantial progress in documenting and finalizing the settlement. In order to permit the parties sufficient time to finalize the settlement and satisfy their obligations under the settlement agreement, the parties request that this Court extend by 60 days, until April 9, 2021, the deadline for the parties to file a joint status report with the Court, unless a stipulation of dismissal is filed before that date.

/ / /

/ / /

/ / /

Dated:  February 8, 2021                                  Respectfully submitted,

*/s/ Shaun M. Van Horn*
Shaun M. Van Horn
SVanHorn@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: 312-840-8896


*/s/ Rubén Castillo*
Rubén Castillo
ruben.castillo@akerman.com
AKERMAN LLP
71 South Wacker Drive
47th Floor
Chicago, IL 60606
Telephone: 312-870-8002